**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **VIRGINIA DENIS** | * | **CIVIL ACTION NO.:20-1536** |
| | * | |
| **VERSUS** | * | **JUDGE LANCE M. AFRICK** |
| | * | |
| **PARK HOTELS & RESORTS, INC.,** | * | **MAGISTRATE DANA DOUGLAS** |
| **INTERNATIONAL RIVERCENTER,** | * | |
| **LLC, HILTON NEW ORLEANS, LLC,** | * | |
| **HILTON RIVERSIDE, LLC and** | * | |
| **HILTON MANAGEMENT, LLC** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## RESPONSE TO DIRECTIVE OF L.R. 3.2

NOW INTO COURT, through undersigned counsel, come Defendants, Park Hotels & Resorts, Inc., International Rivercenter, LLC, Hilton New Orleans, LLC, Hilton Riverside, LLC, and Hilton Management, LLC, ("Defendants"), and pursuant to Local Rule 3.2 and 28 U.S.C. §1447(b), provides the following information:

**(1) A list of all parties still remaining in this action.**

    A.    Plaintiff, Virginia Denis
             Counsel for Plaintiff
             David Geerken (#31735)
             Chad Lederman (#35880)
             Dudley Debosier
             622 Baronne Street
             New Orleans, LA 70113
             Tel: 504-605-3806
             Fax: 225-239-7265
             Email: dgeerken@dudleydebosier.com

838066

B. Defendants, Park Hotels & Resorts, Inc., International Rivercenter, LLC, Hilton New Orleans, LLC, Hilton Riverside, LLC, and Hilton Management, LLC
Counsel for Defendants
George C. Drennan (#28025)
Conrad C. Rolling (#33343)
Lauren Baudot (#36367)
Plauche Masselli Parkerson, LLC
701 Poydras Street, Suite 3800
New Orleans, LA 70139
Tel: 504-582-1142
Fax: 504-582-1172

**(2)** **Copies of all pleadings, including answers, filed by those parties in state court.**

Please see Exhibit "A" attached hereto.

**(3)** **Copies of the return on service of process on those parties filed in state court.**

Please see Exhibit "B" attached hereto.

Respectfully submitted:

 /s/ *Lauren N. Baudot*
GEORGE C. DRENNAN (#28025)
CONRAD C. ROLLING (#33343)
LAUREN N. BAUDOT (#36367)
Plauché Maselli Parkerson, LLC
701 Poydras Street, Suite 3800
New Orleans, Louisiana 70139
Tel: 504-582-1142; Fax: 504-582-1172
E-mail: gdrennan@pmpllp.com
E-mail: crolling@pmpllp.com
E-mail: lbaudot@pmpllp.com

ATTORNEYS FOR PARK HOTELS & RESORTS, INC., INTERNATIONAL RIVERCENTER, LLC, HILTON NEW ORLEANS, LLC. HILTON RIVERSIDE, LLC, AND HILTON MANAGEMENT, LLC

838066

## CERTIFICATE OF SERVICE

  I do hereby certify that this  1st  day of June 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, if they are subscribed, will send a notice of electronic filing to all counsel of record.

                ***/s/ Lauren N. Baudot***

3
838066